ARCHIBALD B. KIRKWOOD, JR., Respondent, *v.* FRANK CAMPBELL et al., Defendants, and JAY S. POTTER et al., Doing Business as " POTTER BROS.", Appellants.

Argued October 6, 1954; decided October 21, 1954.

*Esmond D. Murphy* for appellants.
*Charles J. McDonough* for respondent.

Judgment affirmed, with costs, upon the authority of *Switzer* v. *Aldrich* (307 N. Y. 56). We pass upon no other question. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.